**Gerardo NUNEZ-FERNANDEZ,
Petitioner,**

v.

**Loretta E. LYNCH, Attorney
General, Respondent.**

No. 14-72784

United States Court of Appeals,
Ninth Circuit.

Submitted October 25, 2016 *

Filed November 3, 2016

Gerardo Nunez-Fernandez, Pro Se, San Bernardino, CA, for Petitioner.

Anthony W. Norwood, Senior Litigation Counsel, OIL, Washington, DC, Chief Counsel ICE, San Francisco, CA, for Respondent.

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

Gerardo Nunez-Fernandez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law. *Tamang v. Holder*, 598 F.3d 1083, 1088 (9th Cir. 2010). We deny the petition for review.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We generally lack jurisdiction to review the BIA's discretionary decision not to reopen proceedings sua sponte, but retain limited jurisdiction to review for legal or constitutional error. *Mejia–Hernandez v. Holder*, 633 F.3d 818, 823–24 (9th Cir. 2011); *Bonilla v. Lynch*, 840 F.3d 575, 589 (9th Cir. 2016). Nunez-Fernandez's contention that it is unclear whether the BIA used the proper legal framework is not supported by the record, where the BIA stated the "exceptional circumstance" standard and cited pertinent legal authority. *See Mendez–Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**